Date: 05-26-2016

From: Abdulrahman Odeh
Reg. # 26548-050
F.C.C. Beaumont (low)
P.O. Box 26020
Beaumont, TX 77720

RECEIVED
IN CLERK'S OFFICE
JUN 13 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

To: U.S. District Court
for Middle District of Tennessee, Nashville Division,
Estes Kefaver Fed. Build. & U.S. Courthouse
801 Broadway, Room-800
Nashville, TN 37203-3816

Re: B.O.P Remedy & 42 U.S.C. § 1983

Dear Sir's/madam's,

I hope this letter find you in good health and happiness and successful in your business and in your life.

Would you please note as follows:-

① Please find attached copy of my formal complaint and request relief to B.O.P. Regional office as documented into your Court docket for my future attempt to file complaint under 42 U.S.C. § 1983.

② Please be advised that, I know still my remedy do not exhausted by B.O.P. Policy but B.O.P. bureaucracy Policy Doctrine under Rejection notice play game takes more than (18) months to get response from B.O.P. Central office after recieved Response from regional office and also at least takes more than (6) months to get response from regional office.

Due to my chronic sickness and because of my health, my safety, and my life is in jeapardy. I am respectfully requesting that Honorable Court to give me permission for submitting my complaint under 42 U.S.C. § 1983 to this Court, before some things happen to me because

of my chronic sickness

(3) please be advised that B.O.P. Health Service Department used Medical Provider Company, Correct Care Solutions (C.C.S.), which their Home office are in Nashville, Tennessee at 1283 Murfreesboro Rd. ste. #500, Nashville, TN 37217.

(4) would you Please be advised that I am sending copy of my Complaint to B.O.P. Regional office and to C.C.S Home office in Tennessee. Please let me know that if may I be able to file my complaint under 42 U.S.C. § 1983 against C.C.S. with your Court?

Respectfully Submitted

Abdulrahman Odeh



⇔26548-050⇔
[name]
PO BOX 260 20
Reg.#26548-050
Beaumont, TX 77720
United States

RECEIVED
IN CLERK'S OFFICE
JUN 1 3 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. District Court
For Middle District of Tennessee
Nashville Division.
Estes Kefauver Fed. Building & U.S. Courthouse
801 Broadway, Room #800
Nashville, TN 37203-3816
U.S.A
Attention: clerk